UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Roofers Local 149 Security Benefit
Trust Fund, et al

    Plaintiff(s),

                Case No. 16-13089

vs.

                HON. GEORGE CARAM STEEH

Dave Pomaville and Sons, Inc., et al

    Defendant(s).
_____/

## ORDER OF DISMISSAL WITHOUT PREJUDICE

  On December 19, 2016 the parties of record advised the court that a settlement had been reached and there being no further written communication with the court, therefore

  This case is hereby DISMISSED WITHOUT PREJUDICE. This case may be reopened, if necessary, by motion of either party without the payment of additional fees or costs. Alternatively, the parties may submit an order of dismissal with prejudice upon consummation of the settlement.

  SO ORDERED.

                s/George Caram Steeh
                GEORGE CARAM STEEH
                UNITED STATES DISTRICT JUDGE

Dated: February 8, 2017

CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys/parties of record on
the above date by electronic and/or ordinary mail.

         s/Marcia Beauchemin
         Deputy Clerk